UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN YOUNG,

    Plaintiff,

v.                        Case No:  2:13-cv-570-FtM-38DNF

CAPITAL ONE BANK,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on *sua sponte* review of the docket. On August 23, 2013, the United States Judicial Panel on Multidistrict Litigation transferred this action to the United States District Court for the Northern District of Illinois. (Doc. #6). Recently, on June 4, 2015, Plaintiff filed a Notice of Voluntary Dismissal (Doc. #9), which the Court granted on June 5, 2015, entering judgment accordingly (Doc. #10). Because it appears that the Northern District of Illinois continues to maintain jurisdiction over this matter, Plaintiff's Notice should have been filed in the Northern District of Illinois, rather than this Court. As a result, this Court will vacate its June 5, 2015 Order (Doc. #10) and direct the Clerk of the Court to forward Plaintiff's Notice of Voluntary Dismissal (Doc. #9) to the Clerk of the Judicial Panel on Multidistrict Litigation.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

1. The Court's June 5, 2015 Order (Doc. #10) and the Judgment in this case (Doc. #11) are hereby **VACATED**.

2. The Clerk of the Court is directed to **STRIKE** the Judgment (Doc. #11) and the Court's June 5, 2015 Order (Doc. #10) from the record and remove the document from the file.

3. The Clerk of the Court is further directed to **FORWARD** Plaintiff's Notice of Voluntary Dismissal (Doc. #9) to the Clerk of the Judicial Panel on Multidistrict Litigation.

**DONE** and **ORDERED** in Fort Myers, Florida, this 15th day of June, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2